UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW

_____
HARVARD REAL ESTATE-ALLSTON, INC.,  )
      Plaintiff,                       )
                                    )   STIPULATION TO EXTEND
v.                                  )   DATE TO ANSWER DISCOVERY
                                    )   PROPOUNDED BY PLAINTIFF
KMART CORPORATION, KMART STORE 9424,)   TO DEFENDANT
      Defendant.                       )
                                    )
_____ )

The Plaintiff, Harvard Real Estate-Allston, Inc, and the Defendant, Kmart Corporation, Kmart Store 9424, by their attorneys, hereby stipulate and agree that the Defendant shall have until and including November 26, 2004 to answer the discovery previously propounded by the Plaintiff, as follows:

1. Plaintiff's Interrogatories to Defendant Kmart Corporation, Kmart Store 9424;

2. Plaintiff's Requests for Production of Documents to Defendant Kmart Corporation, Kmart Store 9424;

3. Plaintiff's Requests for Admissions to Defendant Kmart Corporation, Kmart Store 9424.

Respectfully submitted,
Plaintiff,
Harvard Real Estate Allston-Inc.
By its attorneys,

_____
Frank A. Flynn, Esq. (BBO# 551668)
Randolph C. English, Esq. (BBO# 628647)
Downing & Flynn
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 720-3535

DATED:   October 29, 2004

Respectfully submitted,
Defendant,
Kmart Corporation, Kmart Store 9424
By its attorneys,

_____
William R. Moorman, Jr., Esq. (BBO#548593)
Kathleen A. Rahbany, Esq. (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500