| Summary Process DOCKET | DOCKET NUMBER<br>200408SU000065 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| CASE NAME | CURRENT COURT |
|---|---|
| HARVARD REAL ESTATE - ALLSTON, INC. vs. KMART CORPORATION, KMART STORE 9424 | Boston Municipal Court, Brighton Div.<br>52 Academy Hill Road<br>Brighton, MA 02135-3396<br>(617) 782-6521 |

| ASSOCIATED DOCKET NO. | DATE FILED<br>10/18/2004 | DATE DISPOSED<br>00/00/0000 | |
|---|---|---|---|

| PLAINTIFF(S) | PLAINTIFF'S ATTORNEY |
|---|---|
| P01  HARVARD REAL ESTATE - ALLSTON, INC. | FRANK ANTHONY FLYNN<br>85 DEVONSHIRE STREET<br>SUITE 1000<br>BOSTON, MA 02109<br>(617) 720-2105 |

| DEFENDANT(S)/OTHER SINGLE PARTIES | DEFENDANT'S ATTORNEY |
|---|---|
| D01  KMART CORPORATION, KMART STORE 9424<br>BRIGHTON MILLS SHOPPING CENTER<br>400 WESTERN AVE.<br>BRIGHTON, MA 02135 | |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/18/2004 | Complaint filed on 10/18/2004 at Boston Municipal Court, Brighton Div.. |
| 2 | 10/18/2004 | Appearance for Harvard Real Estate - Allston, Inc. filed by Attorney FRANK ANTHONY FLYNN 85 Devonshire Street Suite 1000 Boston MA 02109 BBO# 551668 |
| 3 | 10/18/2004 | Summary process entered; complaint, summons, termination notice, and return of service filed; filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2, 4C; Uniform Summary Process Rule 2(d)). |
| 4 | 10/18/2004 | BENCH TRIAL SCHEDULED for 10/28/2004 09:00 AM. |
| 5 | 10/27/2004 | On 10/25/04 Interrogatories directed to D01 KMART CORPORATION, KMART STORE 9424 filed by P01 HARVARD REAL ESTATE - ALLSTON, INC.; trial automatically continued until 11/18/2004 (Uniform Summary Process Rule 7(b)). Along with certificate of Service filed. |
| 6 | 10/27/2004 | On 10/25/04 Request for production of document(s) directed to D01 KMART CORPORATION, KMART STORE 9424 filed by P01 HARVARD REAL ESTATE - ALLSTON, INC.; trial automatically continued until 11/18/2004 (Uniform Summary Process Rule 7(b)). Along with Certificate of Service filed. |
| 7 | 10/27/2004 | On 10/25/04 Request for admission(s) directed to D01 KMART CORPORATION, KMART STORE 9424 filed by P01 HARVARD REAL ESTATE - ALLSTON, INC.; trial automatically continued until 11/18/2004 (Uniform Summary Process Rule 7(b)). Along with Certificate of Service filed. |

| Page 1 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK<br>X | | DATE<br>11-3-04 |
|---|---|---|---|---|

Date/Time Printed: 11/03/2004 09:50 AM

| | | DOCKET NUMBER |
|---|---|---|
| **DOCKET CONTINUATION** | | 200408SU000065 |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 10/27/2004 | BENCH TRIAL SCHEDULED on 10/28/04 09:00 AM RESCHEDULED for 11/18/04 09:00 AM. Reason: Discovery demand filed (Uniform Summary Process Rule 7[b]). |
| 9 | 10/27/2004 | On 10/26/04 Notice of Removal to the United States District Court Department for the District of Mass, Eastern Division filed. |
| 10 | 10/27/2004 | Deft. notifies court that fees in the amount of $150.00 was sent to the United States District Court Department for the District of Mass, Eastern Division. |
| 11 | 10/27/2004 | On 10/26/04 Copy of Civil Action Cover Sheet filed. |
| 12 | 10/27/2004 | On 10/26/04 Exhibit "A" filed.(Uncertified copy of Summary Process Summons and Complaint filed in BMC, Brighton Division. |
| 13 | 10/28/2004 | Notice of removal to the United States District Court Dept. for the District of MA , Eastern Div., filed. . |

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | [signature] | DATE |
|---|---|---|---|---|

Date/Time Printed: 11/03/2004 09:50 AM