UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD REAL ESTATE-ALLSTON, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KMART CORPORATION, INC., )<br>)<br>Defendant ) | Civil Action No. 04-CV-12249-DPW |

**STIPULATION TO EXTEND DATE TO ANSWER
DISCOVERY PROPOUNDED BY PLAINTIFF TO DEFENDANT**

The Plaintiff, Harvard Real Estate-Allston, Inc., and the Defendant, Kmart Corporation, Kmart Store 9424, by their attorneys, hereby stipulate and agree that the Defendant shall have until and including December 7, 2004 to answer the discovery previously propounded by the Plaintiff, as follows:

1. Plaintiff's Interrogatories to Defendant Kmart Corporation, Kmart Store 9424;

2. Plaintiff's Requests for Production of Documents to Defendant Kmart Corporation, Kmart Store 9424;

      3.      Plaintiff's Requests for Admissions to Defendant Kmart Corporation, Kmart Store 9424.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| HARVARD REAL ESTATE ALLSTON-INC.<br>By its attorneys, | KMART CORPORATION,<br>KMART STORE 9424<br>By its attorneys, |
| /s/Frank A. Flynn<br>Frank A. Flynn (BBO#551668)<br>Randolph C. English (BBO#628647)<br>Downing & Flynn<br>85 Devonshire Street<br>Suite 1000<br>Boston, MA 02109<br>(617) 720-3535 | /s/William R. Moorman, Jr.<br>William R. Moorman, Jr., (BBO#548593)<br>Kathleen A. Rahbany (BBO#654322)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 |

Dated: November 23, 2004