UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD REAL ESTATE-ALLSTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> KMART CORPORATION, INC., <br><br> Defendant | Civil Action No. 04-CV-12249-DPW |

**STIPULATION RE : KMART EXTENSION FOR FILING RESPONSES TO HARVARD'S MOTION TO REMAND AND MOTION TO DISMISS COUNTERCLAIMS**

The Plaintiff, Harvard Real Estate-Allston, Inc. ("Harvard"), and the Defendant, Kmart Corporation, Kmart Store 9424 ("Kmart"), by their attorneys, hereby stipulate and agree to the following:

1. Kmart shall have until and including December 16, 2004 to file a Response to Harvard's Motion to Remand and a Response to Harvard's Motion to Dismiss Counterclaims;

2. Kmart shall assent to Harvard's Motion for Leave to File Reply Brief to Kmart's Response to Harvard's Motion to Remand and Kmart's Response to Harvard's Motion to Dismiss Counterclaims;

3. If the Court allows Harvard's Motion for Leave to File Reply Brief to Kmart's Responses pursuant to Paragraph 2, Harvard will assent to Kmart's Motion for Leave to File Surreply to Harvard's Reply Brief.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HARVARD REAL ESTATE ALLSTON-INC.<br>By its attorneys, | KMART CORPORATION,<br>By its attorneys, |
| *Frank A. Flynn / WRM*<br>Frank A. Flynn (BB(#551668)<br>Randolph C. English (BBO#628647)<br>Downing & Flynn<br>85 Devonshire Street, Suite 1000<br>Boston, MA 02109<br>(617) 720-3535 | /s/William R. Moorman, Jr.<br>William R. Moorman, Jr., (BBO#548593)<br>Kathleen A. Rahbany (BBO#654322)<br>Joseph J. Koltun (BBO# 641117)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 |

Dated: December 15, 2004