**DEPOSIT TICKET**
DATE 3/22/01
CHECKS: 74-1292 57,706.86
TOTAL ITEMS 01

BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA 02109

**CITIZENS BANK**
Massachusetts

$ 57,706.86

⑆211070175⑆ 1107825099⑈

POSTED

---

**KMART CORPORATION**
3100 WEST BIG BEAVER ROAD
TROY, MI 48084-3163

BANK ONE - DEARBORN, N.A.
568436
74-1292-724

61110

DATE 03/22/01

PAY TO THE ORDER OF  BRIGHTON MILLS SHOPPING CENTER                $ *****57,706.86**

FIFTY-SEVEN THOUSAND SEVEN HUNDRED SIX AND 86/100                              DOLLARS

BRIGHTON MILLS SHOPPING CENTER
C/O BEAL AND COMPANY, INC.
ATTN: LORIS ZAMANIAN
177 MILK ST
BOSTON, MA 02109-3404

KMARTINC - 0400061110
4 Account(s) on Voucher...

⑈061110⑈ ⑆072412927⑆                      568436⑈




23129·82+

65186·18+
1784·19+
003·······
90100·19*

BRIGHTON M
HARROW COI
C/O BEAL & CO
177 MILK ST.
BOSTON, MA

'IZENS BANK
sachusetts                                    $   90,100.19

l75l:  1107825099l"





BIG K  Super K  400  Kmart Corporation                          62-35/311
                                                       CHECK NUMBER: 011117744

PAY  TWENTY-THREE-THOUSAND ONE-HU****82/100 DOLLARS

TO THE ORDER OF                        CHECK DATE        CHECK AMOUNT
HARROW CORPORATION                     03/01/2001        *****23,129.82
% THE BEAL COMPANIES
BOSTON                    MA

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE              VOID AFTER 6 MONTHS    AUTHORIZED SIGNATURE  (SIGNATURE LINE CONTAINS KMART LOGO)

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

"011117744"  l:031100351l:  "0300975174"







DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY
DATE 4/25/01
CURRENCY
COINS
CHECKS 74-1292  57,706.86
TOTAL 57,706.86
TOTAL ITEMS 01

BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA 02109

CITIZENS BANK
Massachusetts

$ 57,706.86

⑆211070175⑆ 1107825099⑈

---

4001-4000

KMART CORPORATION
3100 WEST BIG BEAVER ROAD
TROY, MI 48084-3163

BANK ONE - DEARBORN, N.A.
568436
74-1292-724

61788

DATE 04/19/01

$ *****57,706.86**

PAY TO THE ORDER OF  BRIGHTON MILLS SHOPPING CENTER

FIFTY-SEVEN THOUSAND SEVEN HUNDRED SIX AND 86/100                              DOLLARS

BRIGHTON MILLS SHOPPING CENTER
C/O BEAL AND COMPANY, INC.
177 MILK ST
BOSTON, MA 02109-3404

KMARTINC - 0400061788
4 Account(s) on Voucher...

⑈061788⑈ ⑆072412927⑆                    568436⑈







**DEPOSIT TICKET** — FOR CLEAR COPY, PRESS FIRMLY

DATE 7/02/01

| | DOLLARS | CENT |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS | 23,129.82 | |
| | 65,186.18 | |

TOTAL 88,316.00

TOTAL ITEMS 02

BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA 02109

**CITIZENS BANK**
Massachusetts

$ 88,316.00

POSTED / PAID

⑆211070175⑆ 11078250099⑈

---

**BIG K · Super K · Kmart Corporation**

62-35/311
CHECK NUMBER: 011228679

PAY: TWENTY-THREE THOUSAND ONE HUNDRED TWENTY-NINE AND 82/100 DOLLARS

TO THE ORDER OF
HARROW CORPORATION
% THE BEAL COMPANIES
BOSTON           MA 02109

CHECK DATE: 07/01/2001
CHECK AMOUNT: *****23,129.82

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE

VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE (SIGNATURE LINE CONTAINS KMART LOGO)

THIS DOCUMENT CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈011228679⑈ ⑆031100351⑆ 0300975174⑈

7516





```
BIG K   Super K   Kmart Corporation                    62-35/311
          4601                               CHECK NUMBER: 011284058

PAY :  TWENTY-THREE THOUSAND ONE HUNDRED TWENTY-NINE AND 82/100 DOLLARS

TO THE ORDER OF                          CHECK DATE        CHECK AMOUNT
  HARROW CORPORATION                      09/04/2001      *****23,129.82
  % THE BEAL COMPANIES
  BOSTON              MA 02109

  THE BANK OF NEW YORK (DELAWARE)
  NEWARK, DELAWARE              VOID AFTER 6 MONTHS   AUTHORIZED SIGNATURE (SIGNATURE LINE CONTAINS KMART LOGO)

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

        ⑈011284058⑈  ⑆031100351⑆  ⑈030097517⑈
```

288-TAXES2-6

| Invoice Number | |
|---|---|
| 01.Sep.2001 | 01.Sep.2... |
| | 01.Sep.2... |
| | 01.Sep.20... |

C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA 02109

Massachusetts

$ 129,016.70

⑈211070175⑈ 1107825099⍂

~~Kmak S~~ Kmart Corporation

62-35/311
CHECK NUMBER: 011308599

PAY : TWENTY-THREE THOUSAND ONE ~~HU~~ 82/100 DOLLARS

TO THE ORDER OF
HARROW CORPORATION
% THE BEAL COMPANIES
BOSTON    MA 02109

CHECK DATE: 10/01/2001

CHECK AMOUNT: *****23,129.82

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE

VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE  (SIGNATURE LINE CONTAINS KMART LOGO)

⍂011308599⍂ ⑈031100351⑈ ⍂0300975174⍂

8531

```
BRIGHTON MILLS SHOPPING CENTER        CITIZENS BANK
HARROW CORPORATION 5                  Massachusetts
C/O BEAL & CO INC
177 MILK ST.                                                    $    62,046.33
BOSTON, MA 02109
```

|:211070175|: 1107825099|"

Check to Kmart Corporation / Harrow Corporation
Check Number: 011334114
Check Date: 11/01/2001
Check Amount: *****23,129.82

PAY: TWENTY-THREE THOUSAND ONE ... 82/100 DOLLARS
TO THE ORDER OF:
HARROW CORPORATION
% THE BEAL COMPANIES
BOSTON, MA

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE                    VOID AFTER 6 MONTHS

"011334114"  :031100351:  "030097517"



# Beal

Property Management

Beal and Company, Inc  177 Milk Street, Boston, Massachusetts 02109-3410
617 451-2100   Telecopier 617 451-1801

## INVOICE

July 1, 2000                                                                                       Control # 4001-4000

Kmart Corporation
Real Estate Accounting   Store # 9424
3100 West Big Beaver Road
Troy, MI 48084-3163

**Re: Brighton Mills Shopping Center, Brighton, MA 02135**

---

The following is the calculation of your Estimated Common Area Maintenance Charges (CAMC) for the period 6/1/00 - 5/31/01

Estimated Common Area Maintenance Charges for the Fiscal Year ending 5/31/01:

| | | |
|---|---|---|
| Actual CAMC for the FYE 5/31/00 | $ | 172,375.04 |
| Tenant Percentage | X | 34.0014% |
| Estimated Tenant Share of CAMC | $ | 58,609.93 |
| Pro-Rate 6/1/00 - 7/31/00  (2/12) | X | 16.6667% |
| Pro-Rated Amount Due | $ | 9,768.32 |
| Less Previously Invoiced | $ | (10,394.68) |
| **CREDIT DUE** | $ | (626.36) |

New Monthly Amount Due Beginning August 1, 2000              $    4,884.16



Property Management

Beal and Company, Inc., 177 Milk Street, Boston, Massachusetts 02109-3410

617 451-2100   Telecopier 617 451-1801

## INVOICE

July 12, 2001                                           Control # 4001-4000

Kmart Corporation
Real Estate Accounting   Store # 9424
3100 West Big Beaver Road
Troy, MI 48084-3163

Re: Brighton Mills Shopping Center, Brighton, MA 02135

---

The following is the calculation of your Common Area Maintenance Charges (CAMC) for the period June 1, 2000 - May 31, 2001:

Actual Common Area Maintenance Charges for the FYE 5/31/01:

| | |
|---|---|
| Actual CAMC 6/1/00 -5/31/01 | $ 228,582.76 |
| Tenant Percentage | X   34.0014% |
| Tenant Share of CAMC | $   77,721.34 |
| Less Previously Invoiced | $  (58,609.92) |
| AMOUNT DUE | $   19,111.42 |

Beal.

## Brighton Mills Shopping Center
### Schedule of Estimated Common Area Maintenance Charges
### June 1, 2000 - May 31, 2001

### Kmart Corporation

| | |
|---|---:|
| Maintenance Labor | $ 29,848.88 |
| Rubbish Removal | 3,048.90 |
| Electricity - Parking Lot & Common Areas | 26,543.71 |
| Water & Sewer - Common Areas | 3,275.00 |
| Common Area Repairs | 3,084.12 |
| Security | 39,913.98 |
| Grounds Care | 23,903.13 |
| Parking Lot Maintenance & Control | 26,242.81 |
| Snow Removal | 72,722.23 |
| Insurance | Billed Separately |
| | |
| Total Actual CAMC June 1, 2000 - May 31, 2001 | $ 228,582.76 |



# Beal.

Property Management

Beal and Company, Inc., 177 Milk Street, Boston, Massachusetts 02109-3410
617 451-2100   Telecopier 617 451-1801

INVOICE

July 12, 2001                                                              Control # 4001-4000

Kmart Corporation
Real Estate Accounting   Store # 9424
3100 West Big Beaver Road
Troy, MI 48084-3163

**Re: Brighton Mills Shopping Center, Brighton, MA 02135**

---

The following is the calculation of your Estimated Common Area Maintenance Charges (CAMC) for the period 6/1/01 - 5/31/02

Estimated Common Area Maintenance Charges for the Fiscal Year ending 5/31/02:

| | | |
|---|---|---|
| Actual CAMC for the FYE 5/31/01 | $ | 228,582.76 |
| Tenant Percentage | X | 34.0014% |
| Estimated Tenant Share of CAMC | $ | 77,721.34 |
| Pro-Rate 6/1/01 - 7/31/01   (2/12) | X | 16.6667% |
| Pro-Rated Amount Due | $ | 12,953.56 |
| Less Previously Invoiced | $ | (9,768.32) |
| **AMOUNT DUE** | $ | 3,185.24 |

New Monthly Amount Due Beginning August 1, 2001       $   6,476.78



# Beal.

Property Management

Beal and Company Inc: 177 Milk Street, Boston, Massachusetts 02109-3410
617 451-2100  Telecopier 617 451-1801

INVOICE

April 9, 2001                                                                  Control # 4001-4000

Kmart Corporation
Real Estate Accounting
3100 West Big Beaver Road
Troy, MI 48084-3163

Re: Brighton Mills Shopping Center, Brighton, MA 02135   Store # 942401

For repairs & service as per the following invoices attached:

    Lomonica Construction                                                  $ 180.00

Please make your check payable to:   **Brighton Mills Shopping Center**
                                            **Harrow Corporation**

# LAMONICA CONSTRUCTION

23 ELCOTT ROAD • QUINCY, MA 02169
COMMERCIAL • RESIDENTIAL
ROOF SYSTEMS
617-479-9213

INVOICE: 6388

DATE: 3/30/01

SOLD TO: BEAL +CO. INC.
177 MILK ST.
BOSTON MA. 02109

TERMS:

| Qty. | Description K-MART ROOF LEAKS | Amount |
|---|---|---|
| 2-1 | SEALED LEAKS ON ASPHALT ROOF. SEALED POTENTIAL LEAKS ON RUBBER ROOF. 2 UNITS NEED METAL WORK | |

Check Date
Check #
Project #
Vendor Code    4501
Invoice #      1303
                0388
Invoice Date   3/30/01
G/L Account
Inv Amount     7388
               180.00

TOTAL: 180.00

Thank You

4/9/01
557



# Beal

Property Management

Beal and Company, Inc., 177 Milk Street, Boston, Massachusetts 02109-3410

617 451-2100   Telecopier 617 451-1801

September 20, 2001

Attn: Daryl Hurley
Kmart Post Audit Department
Real Estate Payable Project
P.O. Box 4807
Troy, MI 48099-4807

RE:   Harrow Corporation
c/o The Beal Companies
177 Milk Street
Boston, MA 02109
Vendor #27642
Business Unit#9424

Dear Daryl:

Per you enclosed letter, you will find a summary statement of all open activity totaling $30,021.71. This balance represents the balance due for common area maintenance charges due the landlord in accordance with the terms of Kmart's lease. For your convenience I have provided a schedule that summarizes the charges and copies of checks as to what was paid. Please remit payment as soon as possible so we can bring the account current.

If you have any questions please call me at 617-451-2100, Ext 203.

Sincerely,

Alan M. Olans
Controller



**Kmart Corporation**
International Headquarters
P. O. Box 4807
Troy, MI 48099-4807

September 14, 2001

HARROW CORPORATION
% THE BEAL COMPANIES
177 MILK ST
BOSTON MA 2109

Vendor # 27642
Business Unit # 9424

Attention: Credit Manager

Dear Landlord:

We are in the process of conducting an in-depth review of our Landlord statements. We would appreciate your assistance and cooperation in this matter by sending us a detailed statement of all activity open on ALL of our accounts that is over 90 days old.

Should you not be able to provide an open item statement, please send us a copy of your aged trial balance of our account, or any other source that will allow us to review all open items including: outstanding duplicate payments, overpayments, unapplied payments, credit memos, or any credit amounts due Kmart. If there is a zero balance on our account(s), please indicate such below.

Since this is a special project, we have established a special mailing address. Do not change the address for normal correspondence. Kindly include the name and telephone number of the individual we may contact if follow up is needed. Please mail the requested statement/aged trial balance, along with a copy of this letter to:

**Kmart Post Audit Department**
**Real Estate Payable Project**
**P. O. Box 4807**
**Troy, MI 48099-4807**

Phone: (800) 418-0348
Fax: (877) 327-2191

Continue to mail all regular monthly statements, as usual, to the current address on file.

Sincerely,

Daryl Hurley
Project Manager

Suggested Vendor Contact:
Name: _Alan M Olan_  Telephone: _617-451-2100_  Fax: _617-451-6167_

___ Place an (x) here to indicate account has no outstanding invoices, debits, or credits.