Receivable Detail by Charge Code
Brighton Mills Shopping Center (4001)
mm/yy Range: Jan 01 - Sep 01
**T-Kmart**

| Charge Notes | | Charges | Receipt Date | Paid Check # | Receipt Amount | Balance Due |
|---|---|---|---|---|---|---|
| (Prepayment) | Dec-00 | | 1/1/2001 | Prepaid | $ 179.25 | |
| Rent (01/01) | 1-Jan | $ 18,750.00 | 1/2/2001 | # 3472 | 18,750.00 | |
| Common Area Mainte | | 4,884.16 ** | 1/2/2001 | # 3472 | 4,379.82 | |
| | | 23,634.16 | | | 23,309.07 | $ 325.09 |
| Rent (02/01) | 1-Feb | 18,750.00 | 2/1/2001 | # 2496 | 18,750.00 | |
| Common Area Mainte | 1-Feb | 4,884.16 | 2/1/2001 | # 2496 | 4,379.82 | |
| 1XRETax3rdQTR'01 | 1-Feb | 57,706.86 | 3/26/2001 | # 1110 | 57,706.86 | |
| | | 81,341.02 | | | 80,836.68 | 504.34 |
| Rent (03/01) | 1-Mar | 18,750.00 | 3/1/2001 | # 7744 | 18,750.00 | |
| Common Area Mainte | 1-Mar | 4,884.16 | 3/1/2001 | # 7744 | 4,379.82 | |
| | | 23,634.16 | | | 23,129.82 | 504.34 |
| Rent (04/01) | 1-Apr | 18,750.00 | 4/2/2001 | # 7186 | 18,750.00 | |
| Common Area Mainte | 1-Apr | 4,884.16 | 4/2/2001 | # 7186 | 4,379.82 | 504.34 |
| RETax 4thQTR'01 | 1-Apr | 57,706.86 | 4/23/2001 | # 1788 | 57,706.86 | |
| 1X W/O-Lomo.C. | 1-Apr | 180.00 | | | - | 180.00 ** |
| | | 81,521.02 | | | 80,836.68 | 684.34 |
| Rent (05/01) | 1-May | 18,750.00 | 5/1/2001 | # 3411 | 18,750.00 | |
| Common Area Mainte | 1-May | 4,884.16 | 5/1/2001 | # 3411 | 4,379.82 | |
| | | 23,634.16 | | | 23,129.82 | 504.34 |
| Rent (06/01) | 1-Jun | 18,750.00 | 6/4/2001 | # 1963 | 18,750.00 | |
| Common Area Mainte | 1-Jun | 4,884.16 | 6/4/2001 | # 1963 | 4,379.82 | |
| | | 23,634.16 | | | 23,129.82 | 504.34 |
| Rent (07/01) | 1-Jul | 18,750.00 | 7/2/2001 | # 8679 | 18,750.00 | |
| Common Area Mainte | 1-Jul | 4,884.16 | 7/2/2001 | # 8679 | 4,379.82 | |
| | | 23,634.16 | | | 23,129.82 | 504.34 |
| Rent (08/01) | 1-Aug | 18,750.00 | 8/2/2001 | # 4795 | 18,750.00 | |
| Common Area Mainte | 1-Aug | 6,476.78 ** | 8/2/2001 | # 4795 | 4,379.82 | 2,096.96 |
| 1X CAM Actual '01 | 1-Aug | 19,111.42 | | | | 19,111.42 ** |
| 1X CAM Estimated 6-7 | 1-Aug | 3,185.24 | | | | 3,185.24 ** |
| RETax '02 1st QTR | 1-Aug | 57,136.23 | 8/7/2001 | # 3439 | 57,136.23 | - |
| | | 104,659.67 | | | 80,266.05 | 24,393.62 |
| Rent (09/01) | 1-Sep | 18,750.00 | 9/4/2001 | # 4058 | 18,750.00 | |
| Common Area Mainte | 1-Sep | 6,476.78 | 9/4/2001 | # 4058 | 4,379.82 | |
| | | 25,226.78 | | | 23,129.82 | 2,096.96 |

| | | Total Charged | | | Total Paid | Balance Due As of 9/20/2001 |
|---|---|---|---|---|---|---|
| **Total** | | $ 410,919.29 | | | $ 380,897.58 | $ 30,021.71 |

** Attached backup

## Receivable Detail by Charge Code
### Brighton Mills Shopping Center (4001)
### mm/yy Range: Jan 01 - Sep 01
### Sort By: Date

Page 1
9/20/2001
12:59 PM

| Code | Name | Charge Number | Charge Code | Charge Notes | Charge Date | Prior Balance | Current Charges | Receipt Date | Receipt Number | Receipt Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T-Kmart | Kmart Corporation  Store#9 | R-6017 | (unalloc) | (Prepayment) | 12/00 | -179.25 | | 01/01/01 | 6140 | -179.25 | 0.00 |
| | | 13899 | RentComm | Rent (01/01) | 01/01 | | 18,750.00 | 01/01/01 | 6140 | 179.25 | |
| | | | | | | | | 01/02/01 | 6217 | 18,570.75 | 0.00 |
| | | 13900 | CAM | Common Area Mainte | 01/01 | | 4,884.16 | 01/02/01 | 6217 | 4,559.07 | 325.09 |
| | | 14440 | RentComm | Rent (02/01) | 02/01 | | 18,750.00 | 02/01/01 | 6508 | 18,750.00 | 0.00 |
| | | 14441 | CAM | Common Area Mainte | 02/01 | | 4,884.16 | 02/01/01 | 6508 | 4,379.82 | 504.34 |
| | | 14792 | Retx | 1XRETax3rdQTR'01 | 02/01 | | 57,706.86 | 03/26/01 | 6944 | 57,706.86 | 0.00 |
| | | 14893 | RentComm | Rent (03/01) | 03/01 | | 18,750.00 | 03/01/01 | 6686 | 18,750.00 | 0.00 |
| | | 14894 | CAM | Common Area Mainte | 03/01 | | 4,884.16 | 03/01/01 | 6686 | 4,379.82 | 504.34 |
| | | 15497 | RentComm | Rent (04/01) | 04/01 | | 18,750.00 | 04/02/01 | 6989 | 18,750.00 | 0.00 |
| | | 15498 | CAM | Common Area Mainte | 04/01 | | 4,884.16 | 04/02/01 | 6989 | 4,379.82 | 504.34 |
| | | 15855 | Retx | RETax 4thQTR'01 | 04/01 | | 57,706.86 | 04/23/01 | 7240 | 57,706.86 | 0.00 |
| | | 15837 | Work | 1X W/O-Lomo.C. | 04/01 | | 180.00 | | | | 180.00 |
| | | 15915 | RentComm | Rent (05/01) | 05/01 | | 18,750.00 | 05/01/01 | 7290 | 18,750.00 | 0.00 |
| | | 15916 | CAM | Common Area Mainte | 05/01 | | 4,884.16 | 05/01/01 | 7290 | 4,379.82 | 504.34 |
| | | 16465 | RentComm | Rent (06/01) | 06/01 | | 18,750.00 | 06/04/01 | 7635 | 18,750.00 | 0.00 |
| | | 16466 | CAM | Common Area Mainte | 06/01 | | 4,884.16 | 06/04/01 | 7635 | 4,379.82 | 504.34 |
| | | 17031 | RentComm | Rent (07/01) | 07/01 | | 18,750.00 | 07/02/01 | 7816 | 18,750.00 | 0.00 |
| | | 17032 | CAM | Common Area Mainte | 07/01 | | 4,884.16 | 07/02/01 | 7816 | 4,379.82 | 504.34 |
| | | 17397 | RentComm | Rent (08/01) | 08/01 | | 18,750.00 | 08/02/01 | 8084 | 18,750.00 | 0.00 |
| | | 17398 | CAM | Common Area Mainte | 08/01 | | 6,476.78 | 08/02/01 | 8084 | 4,379.82 | 2,096.96 |
| | | 17772 | CAM | 1X CAM Actual '01 | 08/01 | | 19,111.42 | | | | 19,111.42 |
| | | 17773 | CAM | 1X CAM Estimated 6-7 | 08/01 | | 3,185.24 | | | | 3,185.24 |
| | | 17818 | Retx | RETax '02 1st QTR | 08/01 | | 57,136.23 | 08/07/01 | 8170 | 57,136.23 | 0.00 |
| | | 17935 | RentComm | Rent (09/01) | 09/01 | | 18,750.00 | 09/04/01 | 8314 | 18,750.00 | 0.00 |
| | | 17936 | CAM | Common Area Mainte | 09/01 | | 6,476.78 | 09/04/01 | 8314 | 4,379.82 | 2,096.96 |
| | | | | | | -179.25 | 410,919.29 | | | 380,718.33 | 30,021.71 |

"'786392"' ⑆011500010⑈93651 70417"'

618

**BIG K  Super K**    **Kmart Corporation**

62-35/311
CHECK NUMBER:  011063472

4001

PAY :  TWENTY-THREE THOUSAND ONE HU...        42/100 DOLLARS

TO THE ORDER OF
  HARROW CORPORATION
  % THE BEAL COMPANIES
  BOSTON                     MA

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 01/02/2001 | *****23,129.82 |

THE BANK OF NEW YORK(DELAWARE)
NEWARK, DELAWARE                    VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE    (SIGNATURE LINE CONTAINS KMART LOGO)

THIS DOCUMENT PRINTED IN BLUE INK AND CONTAINS ...

"'011063472"' ⑆031100351⑆ "'0300975174"'



Kmart Corporation

62-35/311
CHECK NUMBER:  011092496

PAY :

TO THE OR...

HARRO...
% THE BEA...
BOSTON        MA...

CHECK DATE
...01/2001

CHECK AMOUNT
*****23,129.82

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE

VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE   (SIGNATURE LINE CONTAINS KMART LOGO)

⑈011092496⑈ ⑆031100351⑆ ⑈0300975174⑈

6508



**CITIZENS BANK**
Massachusetts

BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA  02109

$    57,706.86

⑆211070175⑆ 11078 25099⑈

---

**KMART CORPORATION**
3100 WEST BIG BEAVER ROAD
TROY, MI  48084-3163

BANK ONE - DEARBORN, N.A.
568436
74-1292-724

61110

DATE  03/22/01

PAY TO THE
ORDER OF  BRIGHTON MILLS SHOPPING CENTER

$ *****57,706.86**

FIFTY-SEVEN THOUSAND SEVEN HUNDRED SIX AND 86/100

DOLLARS

BRIGHTON MILLS SHOPPING CENTER
C/O BEAL AND COMPANY, INC.
ATTN: LOUIS ZAMARIAN
177 MILK ST
BOSTON, MA 02109-3404

KMARTINC - 0400061110
4 Account (s) on Voucher...

⑈061110⑈ ⑆072412927⑆          568436⑈



DEPOSIT TI
FOR CLEAR COPY, PA
DATE 3/01/01

DOLLAR | CENTS

BRIGHTON M
HARROW CO
C/O BEAL & CO
177 MILK ST.
BOSTON, MA

23129•82+

65186•18+
1784•19+
003•••••••
90100•19*

TOTAL ITEMS | 03

CHECKS AND OTHER ITEMS
ARE RECEIVED FOR DEPOSIT
SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMER-
CIAL CODE OR ANY APPLICA-
BLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAIL-
ABLE FOR IMMEDIATE WITH-
DRAWAL.

IZENS BANK
sachusetts

$   90,100.19

⑆75⑈  ⑈1107825099⑈

BIG K   Super K    K mart Corporation

62-35/311
CHECK NUMBER  011117744

VOID VOID VOID

PAY   TWENTY THREE THOUSAND ONE HUNDRED TWENTY NINE AND 82/100 DOLLARS

TO THE ORDER OF
HARROW CORPORATION
% THE BEAL COMPANIES
BOSTON          MA

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 02/28/2001 | ****23,129.82 |

THE BANK OF NEW YORK (DELAWARE)
NEWARK,  DELAWARE          VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE   (SIGNATURE LINE CONTAINS KMART LOGO)

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈011117744⑈  ⑆031100351⑆  ⑈0300975174⑈





**BRIGHTON MILLS SHOPPI**
**HARROW CORPORATION 5**
C/O BEAL & CO INC
177 MILK ST
BOSTON, MA  02109

Massachusetts                                    BANK

$                    160,458.22

⑆211070175⑆ 1107825099⑈



⑈011147186⑈ ⑆031100351⑆ ⑈300975174⑈

6951



DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA  02109

CITIZENS BANK
Massachusetts

TOTAL
ITEMS   01

$          57,706.86

⑆211070175⑆ 1107825099⑈

---

·4001-4000

**KMART CORPORATION**
3100 WEST BIG BEAVER ROAD
TROY, MI   48084-3163

BANK ONE - DEARBORN, N.A.
568436
74-1292-724

61788

DATE  04/19/01

AY TO THE BRIGHTON MILLS SHOPPING CENTER
RDER OF

IFTY-SEVEN THOUSAND SEVEN HUNDRED  SIX AND 86/100

$ *****57,706.86**

DOLLARS

**BRIGHTON MILLS SHOPPING CENTER**
C/O BEAL AND COMPANY, INC.
177 MILK ST
BOSTON, MA  02109-3404

KMARTINC - 0400061788
4 Account(s) on Voucher...

⑈061788⑈ ⑆072412927⑆                568436⑈



**DEPOSIT TICKET**
FOR CLEAR COPY, PRESS FIRMLY

DATE 5/01/01

CURRENCY

23129·82+
2107·12+
38916·51·+
003···.···
64153·45*

**BRIGHTON MILLS**
**HARROW CORPO**
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA 02109

ENS BANK
usetts

TOTAL 64,153.45

TOTAL ITEMS

$    64,153.45

⑆211070175⑆  ⑈107825099⑈

**BIG K** **smart**   K m a r t   C o r p o r a t i o n

62-35/311
CHECK NUMBER:  011173411

PAY :  TWENTY THREE THOUSAND ONE HU...
TO THE ORDER OF
   HARROW CORPORATION
   % THE BEAL COMPANIES
   BOSTON                    MA

CHECK DATE
05/01/2001

CHECK AMOUNT
*****23,129.82

82/100 DOLLARS

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE              VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE  (SIGNATURE LINE CONTAINS KMART LOGO)

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈0111734111⑈  ⑆031100351⑆  ⑈030097517411⑈

7590



BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA  02109

CITIZENS BANK
Massachusetts

$  121,811.40

⑆211070175⑆ 11078 25099⑈



62-35/311

Kmart Corporation

PAY  TWENTY THREE THOUSAND ONE HU...  100 DOLLARS

TO THE ORDER OF
HARROW CORPORATION
% THE BEAL COMPANIES
BOSTON                    MA

CHECK DATE        AMOUNT
06/01/2001        23,149.82

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE

⑈011201963⑈ ⑆031100351⑆ 0300975174⑈

765



DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

DATE 7/02/01

BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL'& CO INC
177 MILK ST.
BOSTON, MA  02109

**CITIZENS BANK**
Massachusetts

$   88,316.00

⑆211070175⑆ 1107825099⑈

TOTAL
ITEMS  02

---

**Kmart Corporation**                           62-35/311
                                        CHECK NUMBER: 011228679

PAY :   TWENTY-THREE THOUSAND ONE HU...     .82/100 DOLLARS

TO THE ORDER OF
HARROW CORPORATION
% THE BEAL COMPANIES
BOSTON                        MA 02109

CHECK DATE   07/01/2001        CHECK AMOUNT  ****23,129.82

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE              VOID AFTER 6 MONTHS        AUTHORIZED SIGNATURE

⑈011228679⑈ ⑆031100351⑆ 0300975174⑈



BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST
BOSTON, MA 02109

**CITIZENS BANK**
Massachusetts

$ 24,534.25

⑆211070175⑆ 11078 25099⑈



Kmart Corporation          62-35/311

CHECK NUMBER 011254795

PAY  TWENTY-THREE THOUSAND ONE HU...  12/100 DOLLARS

TO THE ORDER OF
HARROW CORPORATION
X THE BEAL COMPANIES
BOSTON          MA 02109

THE BANK OF NEW YORK (DELAWARE)
NEWARK, DELAWARE

CHECK DATE  08/01/2001

CHECK AMOUNT  ***23,129.82

VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE   (SIGNATURE LINE CONTAINS KMART LOGO)

⑈011254795⑈ ⑆031100351⑆ ⑈0300975174⑈



DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

DATE 8/01/01

CURRENCY
COINS
CHECKS 74-1292 57,136.2

TOTAL 57,1362

TOTAL ITEMS 01

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED

BRIGHTON MILLS SHOPPING CENTER
HARROW CORPORATION 5
C/O BEAL & CO INC
177 MILK ST.
BOSTON, MA  02109

CITIZENS BANK
Massachusetts

$  57,136.23

⑈211070175⑈ 11078 25099⑊

POSTED 8/7/01

---

00863·050
000
070

KMART CORPORATION
3100 WEST BIG BEAVER ROAD
TROY, MI  48084-3163

BANK ONE - DEARBORN, N.A.
568436
74-1292-724

63439

DATE  08/03/01

$ *****57,136.23**

Details on back.

PAY TO THE
ORDER OF  BRIGHTON MILLS SHOPPING CENTER

FIFTY-SEVEN THOUSAND ONE HUNDRED THIRTY-SIX AND 23/100

DOLLARS

BRIGHTON MILLS SHOPPING CENTER
C/O BEAL AND COMPANY, INC.
177 MILK ST
BOSTON, MA  02109-3404

KMARTINC - 0400063439
4  Account(s)  on  Voucher...

⑈063439⑈ ⑉072412927⑈

568436⑈

**BIG K    Super K**

**K m a r t   C o r p o r a t i o n**

62-35/311

CHECK NUMBER: 011284058

PAY :   TWENTY-THREE THOUSAND ONE HUN          82/100 DOLLARS

TO THE ORDER OF

**HARROW CORPORATION**

% THE BEAL COMPANIES
BOSTON                          MA 02108

| CHECK DATE | CHECK AMOUNT |
|------------|--------------|
| 09/04/2001 | *****23,129.82 |

THE BANK OF NEW YORK(DELAWARE)
NEWARK, DELAWARE

VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE   (SIGNATURE LINE CONTAINS KMART LOGO)

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈011284058⑈ ⑉031100351⑈ ⑈0300975174⑈

288-TAXES2-6
~112-6

01.Sep.2001 | Number
01.Sep.2 | Invoice
01.Sep.2
01.Sep.24



Property Management
Beal and Company, Inc. 177 Milk Street, Boston, Massachusetts 02109-3410
617 451-2100   Telecopier 617 451-1801

# I N V O I C E

July 1, 2000                                        Control # 4001-4000

Kmart Corporation
Real Estate Accounting   Store # 9424
3100 West Big Beaver Road
Troy, MI 48084-3163

**Re:  Brighton Mills Shopping Center, Brighton, MA 02135**

The following is the calculation of your **Estimated** Common Area Maintenance Charges (CAMC) for the period 6/1/00 - 5/31/01

Estimated Common Area Maintenance Charges for the Fiscal Year ending 5/31/01:

| | | |
|---|---|---|
| Actual CAMC for the FYE 5/31/00 | $ | 172,375.04 |
| Tenant Percentage | X | 34.0014% |
| Estimated Tenant Share of CAMC | $ | 58,609.93 |
| Pro-Rate 6/1/00 - 7/31/00   (2/12) | X | 16.6667% |
| Pro-Rated Amount Due | $ | 9,768.32 |
| Less Previously Invoiced | $ | (10,394.68) |
| **CREDIT DUE** | $ | (626.36) |

New Monthly Amount Due Beginning August 1, 2000        $    4,884.16



# Beal.

Property Management

Beal and Company, Inc., 177 Milk Street, Boston, Massachusetts 02109-3410

617 451-2100    Telecopier 617 451-1801

## I N V O I C E

July 12, 2001                                                    Control # 4001-4000

Kmart Corporation
Real Estate Accounting    Store # 9424
3100 West Big Beaver Road
Troy, MI 48084-3163

**Re:  Brighton Mills Shopping Center, Brighton, MA 02135**

---

The following is the calculation of your Common Area Maintenance Charges (CAMC) for
the period June 1, 2000 - May 31, 2001:

Actual Common Area Maintenance Charges for the FYE 5/31/01:

| | |
|---|---:|
| Actual CAMC 6/1/00 -5/31/01 | $ 228,582.76 |
| Tenant Percentage | X   34.0014% |
| Tenant Share of CAMC | $   77,721.34 |
| Less Previously Invoiced | $ (58,609.92) |
| **AMOUNT DUE** | $   19,111.42 |

Beal.

**Brighton Mills Shopping Center**
**Schedule of Estimated Common Area Maintenance Charges**
**June 1, 2000 - May 31, 2001**

**Kmart Corporation**

| | | |
|---|---|---:|
| Maintenance Labor | $ | 29,848.88 |
| Rubbish Removal | | 3,048.90 |
| Electricity - Parking Lot & Common Areas | | 26,543.71 |
| Water & Sewer - Common Areas | | 3,275.00 |
| Common Area Repairs | | 3,084.12 |
| Security | | 39,913.98 |
| Grounds Care | | 23,903.13 |
| Parking Lot Maintenance & Control | | 26,242.81 |
| Snow Removal | | 72,722.23 |
| Insurance | | Billed Separately |
| | | |
| Total Actual CAMC June 1, 2000 - May 31, 2001 | $ | 228,582.76 |



**Beal.**

Property Management
Beal and Company, Inc., 177 Milk Street, Boston, Massachusetts 02109-3410
617 451-2100   Telecopier 617 451-1801

## I N V O I C E

July 12, 2001                                                Control # 4001-4000

Kmart Corporation
Real Estate Accounting   Store # 9424
3100 West Big Beaver Road
Troy, MI 48084-3163

**Re: Brighton Mills Shopping Center, Brighton, MA 02135**

The following is the calculation of your **Estimated** Common Area Maintenance Charges (CAMC) for the period 6/1/01 - 5/31/02

Estimated Common Area Maintenance Charges for the Fiscal Year ending 5/31/02:

| | | |
|---|---|---:|
| Actual CAMC for the FYE 5/31/01 | $ | 228,582.76 |
| Tenant Percentage | X | 34.0014% |
| Estimated Tenant Share of CAMC | $ | 77,721.34 |
| Pro-Rate 6/1/01 - 7/31/01   (2/12) | X | 16.6667% |
| Pro-Rated Amount Due | $ | 12,953.56 |
| Less Previously Invoiced | $ | (9,768.32) |
| **AMOUNT DUE** | $ | 3,185.24 |

New Monthly Amount Due Beginning August 1, 2001        $        6,476.78

$ 17773

7/30/01



Property Management
Beal and Company, Inc., 177 Milk Street, Boston, Massachusetts 02109-3410
617 451-2100    Telecopier 617 451-1801

I N V O I C E

April 9, 2001                                                  Control # 4001-4000

Kmart Corporation
Real Estate Accounting
3100 West Big Beaver Road
Troy, MI 48084-3163

Re:  Brighton Mills Shopping Center, Brighton, MA 02135    Store # 942401

For repairs & service as per the following invoices attached:

    Lomonica Construction                                    $    180.00

Please make your check payable to:  **Brighton Mills Shopping Center**
                                    **Harrow Corporation**

# LAMONICA CONSTRUCTION
23 ELCOTT ROAD • QUINCY, MA 02169
COMMERCIAL • RESIDENTIAL
ROOF SYSTEMS
617-479-9213

INVOICE: 6388

DATE: 3/30/01

TERMS:

SOLD TO:
BEAL +CO. INC.
177 MILK ST.
BOSTON MA. 02109

| Qty. | Description | Amount |
|------|-------------|--------|
| | K-MART ROOF LEAKS | |
| | SEALED LEAKS ON ASPHALT ROOF | |
| | SEALED POTENTIAL LEAKS ON | |
| | RUBBER ROOF. | |
| | 2 UNITS NEED METAL WORK | |
| 2-1 | | |

Check Date
Check #
Project #
Vendor Code    400/
Invoice #    1303
Invoice Date    0388
G/L Account    3/30/01
Inv. Amount    2888
180.00
Date    4/9/01
Batch #    557

*Thank You*    **TOTAL: 180.00**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| KMART CORPORATION, et al., | ) | Chapter 11 |
| | ) | Case No. 02-B02474 |
| | ) | Hon. Susan Pearson Sonderby |
| Debtors | ) | |
| | ) | (Jointly Administered) |

CERTIFICATE OF SERVICE

*file*

I, Adrea S. Marshall, hereby certify that on this 30th day of September, 2003 I served a copy of the Reply Of Harvard Real Estate-Allston, Inc. To Opposition Of Kmart To Objection Of Harvard Real Estate-Allston, Inc. To Assumption Of Lease (Nibs Docket No. 10044) to the following parties via Federal Express Overnight Mail:

Local Counsel for Debtor
William J. Barrett, Esq.
Barack, Ferrazzano, Kirschbaum, Perlman &
Nagelberg
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606

Counsel to the Official Unsecured Creditors'
Committee
Glenn B. Rice, Esq.
Scott L. Hazan, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

Counsel to the Official Unsecured Creditors'
Committee
Matthew J. Botica, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

Counsel to the Official Financial Institutions'
Committee
Richard M. Cieri, Esq.
Jones, Day, Reavis & Pogue
901 Lakeside Avenue
Cleveland, Ohio 44144-1190

Counsel to the Official Financial Institutions'
Committee
Paul E. Harner, Esq.
Ray C. Schrick, Esq.
Jones, Day, Reavis & Pogue
77 West Wacker Drive
Chicago, Illinois 60601-1692

Counsel to the Official Committee of Equityholders
Randall L. Klein, Esq.
Goldberg, Kohn, Bell, Black, Rosenbloom &
Moritz, Ltd.
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603

Counsel to the Debtors' Prepetition Lenders
Peter V. Pantaleo, Esq.
Simpson, Thatcher & Bartlett
425 Lexington Avenue, 24th Floor
New York, New York 10017

Office of the United States Trustee
Kathryn Gleason, Esq.
227 West Monroe, Suite 3350
Chicago, Illinois 60604

Counsel to the Plan Investors
Scott K. Charles, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

Counsel for Debtors
Jon R. Steiger
Victoria F. Maroulis
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, Tenth Floor
Los Angeles, California 90017

Adrea S. Marshall