**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 2 9 2004

KENNETH S. GARDNER, CLERK
PS REP. - FR

In re:

KMART CORPORATION, et al.,

Debtors

Chapter 11
Case No. 02-B02474
Hon. Susan P. Sonderby

(Jointly Administered)

## WITHDRAWAL OF "ASSUMPTION OBJECTION" OF HARVARD REAL ESTATE-ALLSTON, INC.

Harvard Real Estate-Allston, Inc. ("Harvard"), having filed with the Court on April 4, 2003 the "Objection Of Harvard Real Estate-Allston, Inc. To First Amended Joint Plan Of Reorganization Of Kmart Corporation And Its Affiliated Debtors And Debtors-In-Possession And Assumption Objection Of Harvard Real Estate-Allston, Inc." [Docket No. 10044] (the "Assumption Objection"), hereby **WITHDRAWS** the Assumption Objection. This Withdrawal does not constitute a waiver of Harvard's Cure Claim filed June 20, 2003, as the same may be amended.

HARVARD REAL ESTATE-ALLSTON, INC.
By its attorneys,

Michael S. Terrien, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611
Tel: (312) 222-9350
Fax: (312) 527-0484

Richard A. Sheils, Jr. (BBO#457290)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01601-0156
Tel: (508) 791-3511
Fax: (508) 929-3047

Dated: January 29, 2004