UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD REAL ESTATE-ALLSTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> KMART CORPORATION, <br><br> Defendant. | Civil Action No. 04-12249-DPW |

### KMART CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1(a) and LR D.Mass 7.3(A), defendant Kmart Corporation submits the following corporate disclosure statement:

Kmart Corporation is a wholly owned subsidiary of Kmart Management Corporation, which in turn is a wholly owned subsidiary of Kmart Holding Corporation.

KMART CORPORATION

By its attorneys,

CRAIG AND MACAULEY
  PROFESSIONAL CORPORATION

December 23, 2004

_____
William R. Moorman, Jr. (BBO #548593)
Kathleen Rahbany (BBO #654322)
Joseph J. Koltun (BBO #641117)
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 367-9500

## Certificate of Service

I hereby certify that on December 23, 2004, I caused copies of the foregoing Corporate Disclosure Statement to be served by U.S. mail, postage prepaid, to all counsel of record.

_____
Joseph J. Koltun