UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW

| | |
|---|---|
| HARVARD REAL ESTATE–ALLSTON, INC.,<br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, KMART STORE 9424,<br>Defendant. | ) <br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ASSENTED TO MOTION FOR<br>LEAVE TO FILE REPLY BRIEF<br>BY JANUARY 18, 2005<br>RE: HARVARD'S MOTION TO<br>DISMISS COUNTERCLAIMS |

The Plaintiff, Harvard Real Estate-Allston, Inc. ("Harvard"), by its attorneys, pursuant to

Local Rule 7.1(B)(3), with the assent of Defendant Kmart Corporation, Kmart Store 9424

("Kmart"), hereby moves for leave to file a Reply Brief by Tuesday, January 18, 2005 in reply to

Kmart's Opposition to Harvard's Motion to Dismiss Counterclaims. As reasons therefor, the

Plaintiff states as follows:

1.    Harvard's pending Motion to Dismiss Counterclaims raises crucial issues

concerning whether this Court has subject matter jurisdiction of Kmart's counterclaims in this

summary process eviction case which the Defendant has removed from the state court. Before

this case proceeds on the merits, it is vitally important that the jurisdictional issues be fully

briefed for the Court's review.

2.    Kmart has assented to this motion, as reflected in stipulations filed with the Court in

which Harvard has granted Kmart successive extensions to file its Opposition. (See Stipulations

docket as entries numbered 14, 15 and 16, Paragraph 2, copies of which are attached hereto).

3.    Harvard is filing this motion without delay immediately upon having received

Kmart's Opposition to Harvard's Motion to Dismiss Counterclaims.

4.    In its Opposition brief, Kmart has submitted voluminous new material which purports to establish subject matter jurisdiction of its Counterclaims. Harvard would be unduly prejudiced if it does not have the full opportunity to reply to the new material submitted by Kmart.

5.    Allowing Harvard to file a Reply Brief would materially assist the Court in evaluating important issues concerning this Court's subject matter jurisdiction, or lack thereof. Moreover, Kmart has assented to this motion and there is no prejudice to Kmart by allowing the motion.

6.    Accordingly, Harvard requests a period of up to and including Monday, January 17, 2005 in which to file a Reply Brief with respect to its Motion to Dismiss Counterclaims. This is a reasonable period of time given that attorneys and staff will be out of the office on vacation during the upcoming holidays.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant it a period of up to and including Monday, January 17, 2005 to file a Reply Brief in reply to the Defendant's Opposition to the Plaintiff's Motion to Dismiss Counterclaims.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

On December 17, 2004, I, Frank A. Flynn, counsel for the Plaintiff, discussed and

reviewed the foregoing Motion by telephone conference with Kathleen A. Rahbany, counsel for

the Defendant. Attorney Rahbany authorized me to sign her name in assent to this Motion.

Respectfully submitted,
Plaintiff,
Harvard Real Estate Allston-Inc.
By its attorneys,

Frank A. Flynn, Esq. (BBO# 551668)
Randolph C. English, Esq. (BBO# 628647)
Downing & Flynn
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 720-3535

ASSENTED TO:

The Defendant,
Kmart Corporation, Kmart Store 9424
By its attorneys,

William R. Moorman, Jr., Esq. (BBO#548593)
Kathleen A. Rahbany, Esq. (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
(Boston, MA 02210
(617) 367-9500

DATED:    December 17, 2004

DEC-13-2004  15:55        LAW OFFICES                            6177429130    P.02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW



HARVARD REAL ESTATE–ALLSTON, INC.,   )
                    Plaintiff,       )      STIPULATION RE: KMART
                                     )      EXTENSION FOR FILING
v.                                   )      RESPONSES TO HARVARD'S
                                     )      MOTION TO REMAND AND
KMART CORPORATION, KMART STORE 9424, )      MOTION TO DISMISS
                    Defendant.       )      COUNTERCLAIMS
                                     )

The Plaintiff, Harvard Real Estate–Allston, Inc. ("Harvard"), and the Defendant,

Kmart Corporation, Kmart Store 9424 ("Kmart"), by their attorneys, hereby stipulate and

agree to the following:

1.      Kmart shall have until and including December 14, 2004 to file a Response to

Harvard's Motion to Remand and a Response to Harvard's Motion to Dismiss

Counterclaims;

2.      Kmart shall assent to Harvard's Motion for Leave to File Reply Brief to Kmart's

Response to Harvard's Motion to Remand and Kmart's Response to Harvard's

Motion to Dismiss Counterclaims;

3.      If the Court allows Harvard's Motion for Leave to File Reply Brief to Kmart's

Responses pursuant to Paragraph 2, Harvard will assent to Kmart's Motion for Leave to File

Surreply to Harvard's Reply Brief.


| | |
|---|---|
| Respectfully submitted,<br>Plaintiff,<br>Harvard Real Estate Allston-Inc.<br>By its attorneys, | By Telephonic Assent:<br>Defendant,<br>Kmart Corporation, Kmart Store 9424<br>By its attorneys, |

_Frank A Flynn pm_
Frank A. Flynn, Esq. (BBO# 551668)
Randolph C. English, Esq. (BBO# 628647)
Downing & Flynn
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 720-3535

William R. Moorman, Jr., Esq. (BBO#548593)
Kathleen A. Rahbany, Esq. (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500


DATED:   December 13 , 2004

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW

HARVARD REAL ESTATE–ALLSTON, INC.,  )
                Plaintiff,  )

v.

KMART CORPORATION, KMART STORE 9424, )
             Defendant.  )

STIPULATION RE: KMART
EXTENSION FOR FILING
RESPONSES TO HARVARD'S
MOTION TO REMAND AND
MOTION TO DISMISS
COUNTERCLAIMS

The Plaintiff, Harvard Real Estate–Allston, Inc. ("Harvard"), and the Defendant, Kmart Corporation, Kmart Store 9424 ("Kmart"), by their attorneys, hereby stipulate and agree to the following:

1.    Kmart shall have until and including December 15, 2004 to file a Response to Harvard's Motion to Remand and a Response to Harvard's Motion to Dismiss Counterclaims;

2.    Kmart shall assent to Harvard's Motion for Leave to File Reply Brief to Kmart's Response to Harvard's Motion to Remand and Kmart's Response to Harvard's Motion to Dismiss Counterclaims;

3.    If the Court allows Harvard's Motion for Leave to File Reply Brief to Kmart's

Responses pursuant to Paragraph 2, Harvard will assent to Kmart's Motion for Leave to File Surreply to Harvard's Reply Brief.

Respectfully submitted,
Plaintiff,
Harvard Real Estate Allston-Inc.
By its attorneys,

*Frank A. Flynn* /RCE/

Frank A. Flynn, Esc. (BBO# 551668)
Randolph C. English, Esq. (BBO# 628647)
Downing & Flynn
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 720-3535

By Telephonic Assent:
Defendant,
Kmart Corporation, Kmart Store 9424
By its attorneys,

*Kathleen A. Rahbany*

William R. Moorman, Jr., Esq. (BBO# 548593
Kathleen A. Rahbany, Esq. (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

DATED: December 14 , 2004

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD REAL ESTATE-ALLSTON, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-CV-12249-DPW ) ) |
| KMART CORPORATION, INC., | ) ) ) |
| Defendant | ) ) ) |

**STIPULATION RE : KMART EXTENSION FOR FILING
RESPONSES TO HARVARD'S MOTION TO REMAND AND
MOTION TO DISMISS COUNTERCLAIMS**

The Plaintiff, Harvard Real Estate-Allston, Inc. ("Harvard"), and the

Defendant, Kmart Corporation, Kmart Store 9424 ("Kmart"), by their attorneys,

hereby stipulate and agree to the following:

1.    Kmart shall have until and including December 16, 2004 to file a

Response to Harvard's Motion to Remand and a Response to

Harvard's Motion to Dismiss Counterclaims;

2.    Kmart shall assent to Harvard's Motion for Leave to File Reply Brief

to Kmart's Response to Harvard's Motion to Remand and Kmart's

Response to Harvard's Motion to Dismiss Counterclaims;

3.    If the Court allows Harvard's Motion for Leave to File Reply Brief to

Kmart's Responses pursuant to Paragraph 2, Harvard will assent to

Kmart's Motion for Leave to File Surreply to Harvard's Reply Brief.

Respectfully submitted,                              Respectfully submitted,

HARVARD REAL ESTATE ALLSTON-INC.    KMART CORPORATION,
By its attorneys,                                    By its attorneys,

_Frank A. Flynn / WRM_                               /s/William R. Moorman, Jr.
Frank A. Flynn (BB(#551668)                          William R. Moorman, Jr., (BBO#548593)
Randolph C. English (BBO#628647)                     Kathleen A. Rahbany (BBO#654322)
Downing & Flynn                                      Joseph J. Koltun (BBO# 641117)
85 Devonshire Street, Suite 1000                     Craig and Macauley
Boston, MA 02109                                       Professional Corporation
(617) 720-3535                                       Federal Reserve Plaza
                                                     600 Atlantic Avenue
                                                     Boston, MA 02210
                                                     (617) 367-9500

Dated:  December 15, 2004

2