UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD REAL ESTATE-ALLSTON, INC.,  )<br>           Plaintiff,                                       )<br>                                                               )<br>v.                                                            )<br>                                                               )<br>KMART CORPORATION, KMART STORE 9424  )<br>           Defendant.                                   )<br>                                                               ) | Civil Action No. 04-12249-DPW |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1 (D)

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1 (D) and the Notice of Scheduling Conference, the parties state that they have conferred and propose the following:

### I. PRE-TRIAL CONFERENCE AGENDA

The parties agree that the Pre-Trial Conference agenda should follow that set forth in Local Rule 16.1 and 16.3 and should include the following:

1. Establishment of a Pre-Trial Schedule;

2. Consideration of settlement issues, including Alternative Dispute Resolution;

3. Consideration of consent to Trial by Magistrate Judge;

4. Plaintiff's Motion to Remand;

5. Plaintiff's Motion to Dismiss Counterclaims.

### II. PROPOSED DISCOVERY & MOTION SCHEDULE

Deadline for Required Initial Disclosures:        Completed by Plaintiff
                                                                          January 25, 2005 for Defendant

| | |
|---|---|
| Deadline for serving discovery requests, Interrogatories, Requests For Admissions, and Requests For Production of Documents: | March 15, 2005 |
| Responses are due within 30 days of requests, unless extended by Stipulation between the parties, but in no case later than: | May 1, 2005 |
| Deadline for serving Notices of Taking Deposition or deposition subpoenas, excluding Depositions of Expert Witnesses: | May 30, 2005 |
| Deadline for completing Non-Expert Depositions: | June 30, 2005 |
| Defendant Identification of Trial Experts, if any, pursuant to Fed. R. Civ. P. 26(a)(2) and Sequence of disclosure of Expert information: | July 15, 2005 |
| Plaintiff Identification of Trial Experts, if any, which experts shall be limited to the same topics as Defendant's Trial Experts, pursuant to Fed. R. Civ. P. 26(a)(2) and Sequence of disclosure of Expert information: | August 15, 2005 |
| Completion of Expert Depositions: | September 15, 2005 |
| Deadline for Filing Motions for Summary Judgment: | October 15, 2005 |
| Deadline for Opposing Motions for Summary Judgment: | 45 days after service of Motion for Summary Judgment |
| Settlement Conference: | December 15, 2005 |
| Final Pre-Trial Conference: | January 15, 2006. |

Phased discovery is unnecessary in this case.

### III. PROPOSED SCOPE OF DISCOVERY

Local Rule 26.1 (C) shall apply except that the parties may propound 30 Interrogatories and 30 Requests For Admissions. The parties propose that the Court relax the limitations of Local Rule 26.1 C accordingly.. The parties shall be limited to taking 5 depositions each.

### IV. DISCOVERY CERTIFICATIONS

The parties will separately file their Local Rule 16.1(D)(3) certifications at the time of the Rule 16 Scheduling Conference.

### V. TRIAL BY MAGISTRATE JUDGE

The parties do not presently consent to trial by Magistrate Judge.

### VI. ALTERNATIVE DISPUTE RESOLUTION

The parties have consulted about the possibility of Alternative Dispute Resolution. The parties are agreeable to mediation at an appropriate time.

### VII. SETTLEMENT PROPOSALS

The Plaintiff has made a written settlement offer to the Defendant.

### VIII. CERTIFICATION

The parties hereby certify through counsel that they have consulted regarding the establishment of litigation budgets and proposals to resolve the matter through Alternative Dispute Resolution. The parties further certify that they have discussed the proposed pre-trial schedule and agenda and have agreed to the schedule set forth above, except where indicated otherwise.

## IX. **PENDING MOTIONS**

1) Plaintiff's Motion to Remand

2) Plaintiff's Motion to Dismiss Counterclaims

                                        Respectfully submitted,
                                        Plaintiff,
                                        Harvard Real Estate-Allston, Inc.
                                        By its attorneys,

                                        /s/ Frank A. Flynn
                                        Frank A. Flynn, Esq. (BBO# 551668)
                                        Randolph C. English, Esq. (BBO# 628647)
                                        Downing & Flynn
                                        85 Devonshire Street, Suite 1000
                                        Boston, MA 02109
                                        (617) 720-3535


Respectfully submitted,
Defendant,
Kmart Corporation
By its attorneys,

/s/ William R. Moorman, Jr.
William R. Moorman, Jr., Esq. (BBO#548593)
Kathleen A. Rahbany, Esq. (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500


DATED:    January 6, 2005