UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW

| | |
|---|---|
| HARVARD REAL ESTATE–ALLSTON, INC., )<br>Plaintiff, )<br> )<br>v. )<br> )<br>KMART CORPORATION, KMART STORE 9424, )<br>Defendant. )<br>_____ ) | PLAINTIFF'S INITIAL DISCLOSURES, PURSUANT TO FRCP 26(a)(1) AND LOCAL RULE 26.2(A) |

The Plaintiff, Harvard Real Estate-Allston, Inc. ("Harvard"), by its attorneys, hereby submits its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and Local Rule 26.2(A).

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION [FRCP 26(a)(1)(A)]**

Edward B. Reiss
Director of University and Commercial Real Estate
Holyoke Center, 1350 Massachusetts Avenue
Cambridge, MA 02138

Robert Sammonds
Real Estate Property Manager
Harvard Real Estate Services
90 Windom Street, Suite-1, Allston, MA 02134

Lisa Sweezey
Property Administrator
Harvard Real Estate Services
90 Windom Street, Suite-1, Allston, MA 02134

Stephen Faber
Vice President of Asset Management
Beal and Company, Inc.
177 Milk Street
Boston, MA 02109

Peter Conti
Officer in Charge, Massachusetts/Rhode Island/Maine Field Offices
Northeast Region, Food and Nutrition Services
United States Department of Agricultures
501 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222

Keeper of the Records
Health Division, Inspectional Services Department
1010 Massachusetts Avenue, 4th Floor
Boston, MA 02118

Blanche Madill
Store Manager, Kmart Store 9424
Brighton Mills Shopping Center
400 Western Avenue
Brighton, MA 02135

Robin Turley
Merchandise Manager, Kmart Store 9424
Brighton Mills Shopping Center
400 Western Avenue
Brighton, MA 02135

Patricia Briskey
Property Administrator
Kmart Resource Center
3100 West Big Beaver Road
Troy, MI 48084

S. Jeffrey Stollenwerck
Vice President – Real Estate
Kmart Resource Center
3100 West Big Beaver Road
Troy, MI 48084

Kim Facer
Divisional Vice President, Real Estate Administration
Kmart Resource Center
3100 West Big Beaver Road
Troy, MI 48084

Greg Zralka
Divisional Vice President, Merchandising Food & Consumables
Kmart Resource Center
3100 West Big Beaver Road
Troy, MI 48083

Susan Macks
Coordinator, State and Federal Government Consumer Programs
Kmart Resource Center
3100 West Big Beaver Road
Troy, MI 48083

Mark Conrad
Director, Store Operations Finance
Kmart Resource Center
3100 West Big Beaver Road
Troy, MI 48083

Kim Belkowski
Team Manager Space Planning
Kmart Resource Center
3100 West Big Beaver Road
Troy, MI 48083

Joyce DiFalco
Lease Administrator
Kmart Corporation
3100 West Big Beaver Road
Troy, MI 48084

The Plaintiff reserves the right to supplement this list as additional witnesses may become known.

## II.  DOCUMENT CATEGORIES AND LOCATION [FRCP 26(a)(1)(B)]

(All listed categories of documents are located with Plaintiff's counsel, though some individual documents may be located at Harvard Real Estate Services, 1350 Massachusetts Avenue, Cambridge, MA 02138, and/or with the Defendant and/or its counsel, and/or with other parties as indicated).

Commercial Lease

Notice of Default

Notice to Vacate/Notice of Termination

Correspondence to and from Kmart

Photographs of Kmart Store 9424

Cash register receipts for purchases at Kmart Store 9424

Kmart circular advertisements

Kmart documents pertaining to inventories of groceries/food items offered for sale at Kmart Store 9424 (which may include, without limitation, photographs, cash register receipts, circular advertisements, and other documents)

Kmart documents pertaining to gross sales of groceries/food items at Kmart Store 9424

U.S. Department of Agriculture Food Stamp Program for Retailers documents

Health Division, Inspectional Services Department documents

The Plaintiff reserves the right to supplement this list as other and further documents become known.

### III. COMPUTATION OF DAMAGES [FRCP 26(a)(1)(C)]

Not applicable, as Harvard has not sought damages in this eviction action brought for possession only of the commercial premises.

IV.  **INSURANCE AGREEMENTS [FRCP 26(a)(1)(D)]**

The Plaintiff is unaware of any insurance agreements that are applicable. The Plaintiff shall supplement this disclosure if it uncovers applicable insurance coverage.

<div style="margin-left: 40%;">
Respectfully submitted,
Plaintiff,
Harvard Real Estate Allston-Inc.
By its attorneys,

_____
Frank A. Flynn, Esq. (BBO# 551668)
Randolph C. English, Esq. (BBO# 628647)
Downing & Flynn
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 720-3535
</div>

DATED:   January 5, 2005

## CERTIFICATE OF SERVICE

I, Frank A. Flynn, Esquire, Attorney for the Plaintiff, hereby certify that I have served the Defendant this date with a copy of this Plaintiff's Initial Disclosures Pursuant to FRCP Rule 26(a)(1) and Local Rule 26.2(A), by facsimile and by mailing a copy of same to its counsel of record by first class mail, postage prepaid, as follows:

>William R. Moorman, Esq.
>Kathleen A. Rahbany, Esq.
>Craig and Macauley Professional Corporation
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA 02210

this 5th day of January, 2005.

Frank A. Flynn, Esq.