UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW

| | |
|---|---|
| HARVARD REAL ESTATE–ALLSTON, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>KMART CORPORATION, KMART STORE 9424, )<br>Defendant. )<br>_____ ) | STIPULATION TO EXTEND<br>DATE TO RESPOND TO<br>KMART'S DISCOVERY<br>PROPOUNDED TO HARVARD |

The Plaintiff, Harvard Real Estate–Allston, Inc, ("Harvard") and the Defendant, Kmart Corporation, Kmart Store 9424 ("Kmart"), by their attorneys, hereby stipulate and agree that Harvard shall have until and including February 11, 2005 to file a responsive pleading to the discovery propounded by the Plaintiff to Harvard, as follows:

1. Kmart Corporation's Request for Production of Documents Propounded to Plaintiff Harvard Real Estate-Allston, Inc.;

2. Kmart Corporation's Interrogatories Propounded to Plaintiff Harvard Real Estate-Allston, Inc.;

3. Kmart Corporation's Request for Admissions Propounded to Plaintiff Harvard Real Estate-Allston, Inc.;

4.  Harvard agrees to assent to a continuance of any intervening trial date that may be scheduled in this action or any other eviction action between the parties in Massachusetts, to a date that is at least three (3) weeks after Kmart's counsel receives Harvard's discovery responses.

Respectfully submitted,
Plaintiff,
Harvard Real Estate Allston-Inc.
By its attorneys,

_____
Frank A. Flynn, Esq. (BBO# 551668)
Randolph C. English, Esq. (BBO# 628647)
Downing & Flynn
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 720-3535

Telephonically Assented to,
Respectfully submitted,
Defendant,
Kmart Corporation, Kmart Store 9424
By its attorneys,                          FAF.

_____
William R. Moorman, Jr., Esq. (BBO#548593)
Kathleen A. Rahbany, Esq. (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

DATED:   January 3, 2005