UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD REAL ESTATE-ALLSTON, INC.<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendant. | Civil Action No. 04-12249-DPW |

### STATEMENT PURSUANT TO LR D.MASS. 16.1(D)(3)

Dfendant Kmart Corporation ("Kmart") submits the following Statement pursuant to LR D. Mass 16.1(D)(3):

Kmart and its counsel certifies that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR D. Mass 16.4.

Dated:    January 10, 2005

| Counsel for KMART CORPORATION, | KMART CORPORATION<br>By its Authorized Representative |
|---|---|
| /s/ William R. Moorman, Jr.<br>William R. Moorman, Jr., (BBO#548593)<br>Kathleen A. Rahbany (BBO#654322)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 | /s/ Amy Bateson<br>Amy Bateson |