UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW

| | |
|---|---|
| HARVARD REAL ESTATE–ALLSTON, INC., )<br>Plaintiff, )<br> )<br>v. )<br> )<br>KMART CORPORATION, KMART STORE 9424, )<br>Defendant. )<br> ) | HARVARD'S CORPORATE<br>DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7/1(a) and Local Rule 7.3(A), Plaintiff Harvard Real Estate-Allston, Inc. ("Harvard") submits the following corporate disclosure statement:

Harvard Real Estate-Allston, Inc. is a wholly owned subsidiary of President and Fellows of Harvard College.

Respectfully submitted,
Plaintiff,
Harvard Real Estate Allston-Inc.
By its attorneys,

Frank A. Flynn, Esq. (BBO# 551668)
Randolph C. English, Esq. (BBO# 628647)
Downing & Flynn
85 Devonshire Street, Suite 1000
Boston, MA 02109
(617) 720-3535

DATED: January 11, 2005

## CERTIFICATE OF SERVICE

    I, Frank A. Flynn, Esquire, Attorney for the Plaintiff, hereby certify that I have served the Defendant this date with a copy of this Harvard's Corporate Disclosure Statement, by facsimile and by mailing a copy of same to its counsel of record by first class mail, postage prepaid, as follows:

    William R. Moorman, Esq.
    Kathleen A. Rahbany, Esq.
    Craig and Macauley Professional Corporation
    Federal Reserve Plaza
    600 Atlantic Avenue
    Boston, MA 02210

this 11th day of January, 2005.

                                            Frank A. Flynn, Esq.