UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12249-DPW

HARVARD REAL ESTATE–ALLSTON, INC., )
        Plaintiff, )
)
v. )
)
)
KMART CORPORATION, KMART STORE 9424, )
        Defendant. )
)
)

### AFFIDAVIT OF PLAINTIFF'S COUNSEL IN REGARD TO ATTORNEY'S FEES AND COSTS

We, Frank A. Flynn, Esquire, and Randolph C. English, Esquire, of the firm of Downing & Flynn, 85 Devonshire Street, Suite 1000, Boston, Massachusetts 02109, having personal knowledge in these regards, do hereby depose and say as follows:

1. The law firm of Downing & Flynn is counsel to Harvard Real Estate-Allston, Inc., the plaintiff herein.

2. Since October 25, 2004, the date the Defendant filed its Notice of Removal, Plaintiff's counsel has expended extensive time necessary for the following: to obtain remand of the Defendant's improper removal of the Plaintiff's state court claim, and to respond to counterclaims raised by the Defendant. The major areas involved included the following:

Research substantial federal jurisdictional issues raised by the Notice of Removal;

Preparation of Motion to Remand and substantial Memorandum of Law in support of Motion to Remand;

Research Defendants' ability to raise counterclaims in federal court where prohibited in commercial evictions under state law;

Prepare Motion to Dismiss Counterclaims and substantial Memorandum of Law in support of Motion to Dismiss Counterclaims;

Review Defendant's Opposition to Motion to Remand and research numerous issues raised therein;

Review Defendant's Opposition to Motion to Motion to Dismiss Counterclaims and research numerous issues raised therein;

Research law and prepare substantial Reply Brief in Support of Motion to Remand;

Research law and prepare substantial Reply Brief in Support of Motion to Dismiss Counterclaims;

Review Defendant's Surreply Re: Motion to Remand and research further law cited therein;

Review Defendant's Surreply Re: Motion to Dismiss Counterclaims and research further law cited therein.

3. Counsel's time, including the time of the lead attorney and associates, in pursuing these matters, which time will shortly be billed to the Plaintiff, is reflected in the attached legal bills detailing a portion of the attorney time involved. Attorneys' time is billed at a rate of $235.00 per hour, discounted to $195.00 per hour.

4. The total amount of legal fees as described herein equals $ 39,882.00.

5. The plaintiff is entitled to its legal fees and costs incurred in pursuing the above-described matters, pursuant to 28 U.S.C. § 1447(c).

6. Counsel believes that the attorney's fees and costs enumerated above and attached hereto are reasonable for all of the matters described above.

7.  Copies of the time entries as described above are attached hereto.

SWORN AND SUBSCRIBED to under the pains and penalties of perjury this Twelfth (12th) day of January, 2005.

_____ ESQ.
Frank A. Flynn, Esq.

_____
Randolph C. English, Esq.

**Downing & Flynn**
**85 Devonshire Street, Suite 1000**
**Boston, MA  02109**
**(617)720-3535**

January 12, 2005

Harvard University

**Invoice #**

**In Reference To:**   **K-Mart**

|  | Hrs/Rate | Amount |
|---|---:|---:|
| **Remand Issues** | | |
| 11/1/2004 Prepare Motion to Remand | 3.00<br>230.00/hr | 690.00 |
| 11/2/2004 Review Answer, Counterclaims and demand for Jury Trial from Attorney Moorman | 1.70<br>230.00/hr | 391.00 |
| Prepare Motion to Dismiss | 2.50<br>230.00/hr | 575.00 |
| Research federal case law regarding applicable law | 2.00<br>230.00/hr | 460.00 |
| 11/3/2004 Research case law for Motion to Dismiss Counterclaims | 1.50<br>230.00/hr | 345.00 |
| Prepare Motion to Dismiss Kmart's Counterclaims | 4.00<br>230.00/hr | 920.00 |
| Research case law for Motion to Dismiss | 1.20<br>230.00/hr | 276.00 |
| 11/5/2004 Revise Motion to Dismiss | 3.00<br>230.00/hr | 690.00 |
| 11/9/2004 Research federal case law regarding jurisdiction and related issues | 2.50<br>230.00/hr | 575.00 |
| Prepare Motion to Remand to State Court | 2.50<br>230.00/hr | 575.00 |

Harvard University

**In Reference to: K-Mart**

Page 2

| | Hrs/Rate | Amount |
|---|---|---|
| 11/10/2004 Revise Motion to Dismiss | 5.00<br>230.00/hr | 1,150.00 |
| Research federal removal issues related to bankruptcy | 0.80<br>230.00/hr | 184.00 |
| Prepare Motion to Remand | 1.50<br>230.00/hr | 345.00 |
| 11/11/2004 Revise Memorandum in Support of Motion to Remand | 4.50<br>230.00/hr | 1,035.00 |
| 11/12/2004 Revise Memorandum in Support of Motion to Remand | 6.50<br>230.00/hr | 1,495.00 |
| 11/15/2004 Review and revise Motion to Strike/Dismiss Counterclaims | 0.80<br>230.00/hr | 184.00 |
| Review and revise Memorandum of Law in suport of Motion to Strike/Dismiss Counterclaims | 1.50<br>230.00/hr | 345.00 |
| Prepare Motion to Remand | 4.50<br>230.00/hr | 1,035.00 |
| Revise Motion to Remand | 1.00<br>230.00/hr | 230.00 |
| 11/16/2004 Review and revise memorandum of law in support of Motion to Strike Counterclaims | 1.30<br>230.00/hr | 299.00 |
| Review and revise memorandum of law supporting Motion to Strike Counterclaims | 1.50<br>230.00/hr | 345.00 |
| Review Motion to Dismiss Cournterclaims | 1.00<br>230.00/hr | 230.00 |
| Revise Motion to Dismis Counterclaims | 3.00<br>230.00/hr | 690.00 |
| 11/17/2004 Revise Motion to Dismiss | 9.00<br>230.00/hr | 2,070.00 |
| 11/18/2004 Review Motion to Dismiss | 1.00<br>230.00/hr | 230.00 |
| Revise Motion to Dismiss | 0.50<br>230.00/hr | 115.00 |
| 11/19/2004 Review and revise Motion to Dismiss Kmart's Counterclaims | 2.30<br>230.00/hr | 529.00 |
| Review and revise memorandum of law in support of Motion to Dismiss | 1.60<br>230.00/hr | 368.00 |
| Revise Memorandum in Support of Motion to Dismiss | 2.50<br>230.00/hr | 575.00 |

Harvard University

**In Reference to:** **K-Mart**

Page  3

| | Hrs/Rate | Amount |
|---|---:|---:|
| 11/19/2004 Revise Motion to Dismiss | 1.30<br>230.00/hr | 299.00 |
| 11/21/2004 Review and revise memorandum of law in support of Motion to Remand | 1.70<br>230.00/hr | 391.00 |
| 11/22/2004 Review and revise Motion to Dismiss Counterclaims and supporting memorandum of law | 1.80<br>230.00/hr | 414.00 |
| Review and revise Motion to Remand | 0.80<br>230.00/hr | 184.00 |
| Review and revise memorandum of law in support of Motion to Remand | 1.30<br>230.00/hr | 299.00 |
| Revise memorandum Motion to Dismiss | 2.50<br>230.00/hr | 575.00 |
| Research additional federal case law regarding pending duplicative litgation | 0.80<br>230.00/hr | 184.00 |
| Revise statement of facts for Motion to Dismiss | 1.00<br>230.00/hr | 230.00 |
| Prepare exhibits for Motion to Dismiss | 0.70<br>230.00/hr | 161.00 |
| Revise memorandum for Motion to Dismiss | 0.80<br>230.00/hr | 184.00 |
| Revise Motion to Dismiss | 0.70<br>230.00/hr | 161.00 |
| 11/23/2004 Review and revise memorandum of law in support of Motion to Remand to State Court | 1.60<br>230.00/hr | 368.00 |
| Review and revise Motion to Remand to State Court | 0.90<br>230.00/hr | 207.00 |
| Research federal case law strictly constructing removal statute | 1.00<br>230.00/hr | 230.00 |
| Prepare Memorandum in Support of Motion to Remand to State Court | 4.00<br>230.00/hr | 920.00 |
| Research federal law for Memorandum in Support of Motion to Remand | 1.50<br>230.00/hr | 345.00 |
| Revise Memorandum in Support of Motion to Remand | 2.00<br>230.00/hr | 460.00 |
| 11/24/2004 Revise Memorandum in Support of Motion to Remand | 2.00<br>230.00/hr | 460.00 |
| Revise Memorandum in Support of Motion to Remand | 0.70<br>230.00/hr | 161.00 |

**Harvard University**
**In Reference to: <u>K-Mart</u>**                                                                                     Page    4

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/2004 | Research case law regarding claim preclusion | 2.50<br>230.00/hr | 575.00 |
|  | Research remand and removal issues for Reply Brief | 2.70<br>230.00/hr | 621.00 |
| 12/16/2004 | Review Defendant's Opposition to Motion to Remand | 1.30<br>230.00/hr | 299.00 |
| 12/17/2004 | Review Kmart's Opposition to Motion to Dismiss | 1.20<br>230.00/hr | 276.00 |
|  | Research law regarding state court's authority to determine effect of bankruptcy court's orders | 1.00<br>230.00/hr | 230.00 |
|  | Research additional issues regarding federal question jurisdiction | 1.50<br>230.00/hr | 345.00 |
| 12/18/2004 | Research issues raised by Defendant's Opposition to Motion to Remand | 2.00<br>230.00/hr | 460.00 |
|  | Prepare Reply Brief regarding Motion to Remand | 3.50<br>230.00/hr | 805.00 |
| 12/19/2004 | Prepare Harvard's Reply Brief regarding Motion to Remand | 5.00<br>230.00/hr | 1,150.00 |
| 12/20/2004 | Revise Reply Brief regarding Motion to Remand | 1.50<br>230.00/hr | 345.00 |
|  | Research issue regarding injunctive relief versus recovery of possession | 0.50<br>230.00/hr | 115.00 |
| 1/2/2005 | Research issues regarding substantive versus procedural law in federal diversity cases | 2.50<br>230.00/hr | 575.00 |
| 1/3/2005 | Revise Reply regarding Motion to Remand | 4.00<br>230.00/hr | 920.00 |
| 1/4/2005 | Review and revise Reply Brief regarding Remand Motion | 1.80<br>230.00/hr | 414.00 |
|  | Review Kmart Opposition Brief regarding Remand Motion | 0.90<br>230.00/hr | 207.00 |
|  | Prepare Reply Brief regarding Motion to Dismiss Counterclaims | 1.50<br>230.00/hr | 345.00 |
|  | Research issues regarding public policy of summary process statute | 1.00<br>230.00/hr | 230.00 |
|  | Review Reply Brief regarding Motion to Remand | 0.80<br>230.00/hr | 184.00 |
|  | Research case law regarding post-confirmation lease violations | 0.60<br>230.00/hr | 138.00 |

Harvard University

**In Reference to: <u>K-Mart</u>**                                                                                        Page      5

|  |  | <u>Hrs/Rate</u> | <u>Amount</u> |
|---|---|---:|---:|
| 1/4/2005 | Research additional federal case law regarding removal and remand | 1.50<br>230.00/hr | 345.00 |
|  | Revise Reply Brief regarding Motion to Remand | 2.50<br>230.00/hr | 575.00 |
| 1/5/2005 | Revise Reply Brief regarding Motion to Remand | 2.50<br>230.00/hr | 575.00 |
| 1/6/2005 | Review and revise reply brief regarding remand | 1.60<br>230.00/hr | 368.00 |
|  | Review federal remanded summary process cases | 1.40<br>230.00/hr | 322.00 |
|  | Review and revise reply brief regarding remand motion | 1.60<br>230.00/hr | 368.00 |
|  | Review and revise reply brief regarding Motion to Dismiss Counterclaims | 2.30<br>230.00/hr | 529.00 |
|  | Revise Reply Brief regarding Motion | 3.50<br>230.00/hr | 805.00 |
|  | Research cases cited by Kmart regarding compulsory counterclaims under federal rules | 0.80<br>230.00/hr | 184.00 |
|  | Additional research of federal case law for Reply Brief | 1.50<br>230.00/hr | 345.00 |
|  | Revise Reply Brief | 0.80<br>230.00/hr | 184.00 |
|  | Revise Reply Brief regarding Motion to Remand | 3.00<br>230.00/hr | 690.00 |
|  | Review and revise Reply Brief regarding Motion to Dismiss | 2.00<br>230.00/hr | 460.00 |
|  | Revise Reply Brief regarding Remand Motion | 0.80<br>230.00/hr | 184.00 |
|  | Research substantive versus procedural law | 1.00<br>230.00/hr | 230.00 |
| 1/7/2005 | Review and revise reply brief regarding Motion to Remand | 1.60<br>230.00/hr | 368.00 |
|  | Conference with Associate regarding revisions | 0.70<br>230.00/hr | 161.00 |
|  | Review and revise reply brief regarding Motion to Dismiss Counterclaims | 1.70<br>230.00/hr | 391.00 |
|  | Revise Reply Brief regarding Motion to Remand | 2.30<br>230.00/hr | 529.00 |

Harvard University

**In Reference to: <u>K-Mart</u>**                                                                 Page     6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/7/2005 | Revise Reply Brief regarding Motion to Dismiss Counterclaims | 0.70<br>230.00/hr | 161.00 |
|  | Revise Reply Brief regarding remand | 0.50<br>230.00/hr | 115.00 |
|  | Revise Reply Brief regarding Motion to Dismiss | 0.50<br>230.00/hr | 115.00 |
|  | Prepare exhibits to Reply Brief | 0.40<br>230.00/hr | 92.00 |
|  | Research regarding Equitable Remedies as applicable to summary process case | 0.60<br>230.00/hr | 138.00 |
| 1/9/2005 | Review removal petition and Motion to Remand regarding scheduling conference preparation | 2.30<br>230.00/hr | 529.00 |
|  | Prepare for Hearing on Harvard's Motion to Remand and Motion to Dismiss Counterclaims; research of federal law regarding removal jurisdiction | 2.50<br>230.00/hr | 575.00 |
|  | Prepare outline of all issues for oral argument | 2.50<br>230.00/hr | 575.00 |
| 1/10/2005 | Review Kmart Opposition to Remand Motion | 1.70<br>230.00/hr | 391.00 |
|  | Review Reply Brief and cases regarding Remand | 1.40<br>230.00/hr | 322.00 |
|  | Review sur-reply by Kmart regarding Remand | 0.90<br>230.00/hr | 207.00 |
|  | Review sur-reply by Kmart regarding Dismissal of Counterclaims | 0.80<br>230.00/hr | 184.00 |
|  | Review memorandum of Associate regarding Remand | 0.70<br>230.00/hr | 161.00 |
|  | Review memorandum of Associate and cases regarding Dismissal of Counterclaims | 1.60<br>230.00/hr | 368.00 |
|  | Prepare outline for Hearing argument regarding Motion to Remand | 2.50<br>230.00/hr | 575.00 |
|  | Research additional case law for argument on Motion to Remand | 1.50<br>230.00/hr | 345.00 |
|  | Revise outline for Hearing on Remand Motion | 0.70<br>230.00/hr | 161.00 |
|  | Prepare outline for Hearing on Motion to Dismiss Counterclaims | 2.50<br>230.00/hr | 575.00 |
|  | Review Kmart sur-reply regarding Motion to Remand | 0.70<br>230.00/hr | 161.00 |

Harvard University

**In Reference to: <u>K-Mart</u>**                                                                 Page    7

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/10/2005 | Review Kmart's sur-reply regarding Motion to Dismiss Counterclaims | 0.50<br>230.00/hr | 115.00 |
|  | Research cases cited in Kmart's sur-replies | 0.70<br>230.00/hr | 161.00 |
| 1/11/2005 | Preparation for U.S. District Court Hearing regarding Remand and Dismissal of Counterclaims issue | 3.50<br>230.00/hr | 805.00 |
|  | Attendance at scheduling conference and Hearing regarding Motion to Remand | 1.60<br>230.00/hr | 368.00 |
|  | Prepare for Hearing on Motion to Remand and Motion to Dismiss | 3.00<br>230.00/hr | 690.00 |
|  | SUBTOTAL: | [    204.00 | 46,920.00] |

| **Subtotal of charges** |  | **$46,920.00** |
|---|---:|---:|
| 15% Courtesy Discount |  | ($7,038.00) |
| **Total Legal Services Rendered** | **204.00** | **$39,882.00** |