UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
HARVARD REAL ESTATE-ALLSTON, INC.,
     Plaintiff,

        v.                           CIVIL ACTION
                                     NO.04-12249-DPW

KMART CORPORATION,
     Defendant.
```

**ORDER FOR REMAND**

WOODLOCK, District Judge

In accordance with the Court's ruling on JANUARY 11, 2005, as stated on the record in open court, granting the Motion to Remand (#8), it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the BOSTON MUNICIPAL COURT, BRIGHTON DIVISION, for further proceedings.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: January 14, 2005